**Order filed January 25, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00866-CR
NO. 14-17-00867-CR

_____

**DOMINIQUE DONTAE LASKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause Nos. 11-01-13704 and 11-01-13705**

## ORDER

These are appeal from judgments signed February 17, 2010. Related cases were previously filed in the Court of Appeals for the First District of Texas under case numbers 01-14-00631-CR and 01-14-00632-CR.

It is ORDERED that the appeals docketed under this court's appellate cause numbers 14-17-00866-CR and 14-17-00867-CR are transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App.

(Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the cases, and certify all Orders made, to the Court of Appeals for the First District of Texas.


PER CURIAM